UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/8/2024___
```

---------------------------------------------------------------------X
                          :

ENDURANCE ASSURANCE CORP.,         :

                          :

            Plaintiff,         :

                          :         22-cv-10310 (LJL)

      -v-                  :

                          :         <u>ORDER</u>

AMGUARD INSURANCE CO.,          :

                Defendant.   :

                          :

---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On August 10, 2023, the Court stayed the action pending completion of motion practice in the underlying personal injury action and directed the parties to file a joint letter providing an update on the status of the underlying action on September 9, 2023, and every sixty days thereafter. Dkt. No. 25. The parties filed status reports on September 8, 2023, Dkt. No. 28, and November 7, 2023, Dkt. No. 30. Another status report was due on January 6, 2023. The parties are reminded of their obligation to update the Court regarding the underlying personal injury action. The parties are directed to update the Court by January 15, 2023.

      SO ORDERED.

Dated: January 8, 2024
      New York, New York                _____
                                      LEWIS J. LIMAN
                               United States District Judge